UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

FRANK SHYKEIM BANKS,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
**(Felon In Possession of a Firearm)**

On or about January 7, 2025, in Muskegon County, in the Southern Division of the Western District of Michigan,

FRANK SHYKEIM BANKS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus Model G3 9mm caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Possession with Intent to Distribute Controlled Substances)**

On or about January 7, 2025, in Muskegon County, in the Southern Division of the Western District of Michigan,

FRANK SHYKEIM BANKS

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 802(44)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment,

FRANK SHYKEIM BANKS

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Taurus Model G3 9mm caliber semi-automatic pistol (sn: AEK775619) and the ammunition that was loaded in the firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_____
DOAA K. AL-HOWAISHY
Assistant United States Attorney